# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

**PATRICK WOODRUFF,**

      **Plaintiff,**

  v.                           Case No.: 2:13-cv-0224
                                             JUDGE GEORGE C. SMITH
                                             Magistrate Judge Kemp

**COMMISSIONER OF**
**SOCIAL SECURITY,**

      **Defendant.**

## ORDER

This case is before the Court to consider a Report and Recommendation issued by the Magistrate Judge on December 12, 2013. The time for filing objections has passed, and no objections have been filed to the Report and Recommendation. Therefore, the Court **ADOPTS** the Report and Recommendation. Plaintiff's statement of errors is hereby sustained to the extent that the case be remanded to the Commissioner of Social Security pursuant to 42 U.S.C. §405(g), sentence four.

The Clerk shall remove Document 22 from the Court's pending motions list and remand this case in accordance with the Report and Recommendation.

      **IT IS SO ORDERED.**

                                                   */s/ George C. Smith*
                                                   **GEORGE C. SMITH, JUDGE**
                                                   **UNITED STATES DISTRICT COURT**