# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

**PATRICK M. WOODRUFF,**

    **Plaintiff,**

  v.                                **Case No. 2:13-cv-224**
                                         **JUDGE SMITH**
                                         **Magistrate Judge Kemp**

**CAROLYN W. COLVIN**
**Acting Commissioner of Social Security,**

    **Defendant.**

## ORDER

The parties have stipulated to an award of fees under the Equal Access to Justice Act. Pursuant to that stipulation (Doc. 27), Plaintiff is awarded the sum of $3,000.00.  The award of attorney fees satisfies all of plaintiff's claims for fees and expenses under 28 U.S.C. §2412.  If counsel for the parties can verify that Plaintiff owes no pre-existing debt subject to offset, the Defendant agrees to direct that the award be made payable to Plaintiff's attorney pursuant to the EAJA assignment duly signed by Plaintiff and counsel.

    **IT IS SO ORDERED.**

                                              */s/ George C. Smith*
                                              **GEORGE C. SMITH, JUDGE**
                                              **UNITED STATES DISTRICT COURT**